TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Nelson Robinson

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Nelson Robinson, | Case No.:  5:24-cv-9292 |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| Williams, Rush & Associates LLC, | |
| Defendant. | |

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.  Plaintiff Nelson Robinson

    b.  Defendant Williams, Rush & Associates LLC

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a.  Defendant Williams, Rush & Associates LLC

3.  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.  Trinette G. Kent, Esq.

Submitted this day of December 20, 2024

By: /s/ Trinette G. Kent, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
Email: tkent@lemberglaw.com