TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Nelson Robinson

**APPROVED**
Judge Eumi K. Lee
July 29, 2025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nelson Robinson, | Case No.: 5:24-cv-09292-EKL |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Williams, Rush & Associates LLC, | |
| Defendant. | |

# STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Nelson Robinson and Defendant Williams, Rush & Associates LLC, by and through undersigned counsel, dismiss all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure *with prejudice*. Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 29th day of July, 2025

| | |
|---|---|
| **LEMBERG LAW, LLC** | **BARKES LAW APC** |
| /s/ *Trinette G. Kent* <br> Trinette G. Kent, Esq. <br> 3219 E Camelback Road, #588 <br> Phoenix, AZ 85018 <br> Telephone: (480) 247-9644 <br> Facsimile: (480) 717-4781 <br> E-mail: tkent@lemberglaw.com <br> *Attorney for Plaintiff,* <br> *Nelson Robinson* | /s/ *R. Paul Barkes (with permission)* <br> R. Paul Barkes, Esq. <br> 21550 Oxnard St., 3rd Floor <br> Woodland Hills, CA 91367 <br> Telephone: (818) 912-9146 <br> paul.barkes@barkeslaw.com <br> *Attorney for Defendant,* <br> *Williams, Rush & Associates LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Trinette G. Kent*
Trinette G. Kent, Esq.
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com
*Attorney for Plaintiff,*
*Nelson Robinson*